UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION - IN ADMIRALTY

LA COMPAGNIE DES ILES DU PONANT,

     Plaintiff,

v.

TICKET ACCESS LLC,

     Defendant.

CASE NO. _____

## COMPLAINT

COMES NOW Plaintiff, LA COMPAGNIE DES ILES DU PONANT, a French Societe Anonyme, (hereinafter "DU PONANT"), by and through its undersigned attorneys and for its Complaint against Defendant, TICKET ACCESS LLC, a Florida limited liability company (hereinafter "TICKET ACCESS") states as follows:

1.     This case arises under this Court's admiralty and maritime jurisdiction under 28 U.S.C. §1333, as will more fully appear, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure as it involves the breach of a maritime contract.

2.     At all times hereinafter mentioned, Plaintiff DU PONANT was and still is a foreign corporation organized and existing under the laws of the Republic of France.

3.     Defendant TICKET ACCESS, upon information and belief, is a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business at Miami, Florida, and its members are citizens of the State of Florida.

4. Venue is proper in this District as the cause of action involves a maritime contract that was breached in Dade County Florida and the Defendant, TICKET ACCESS, is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

5. TICKET ACCESS is subject to personal jurisdiction under Rule 4(k) (2) of the Federal Rules of Civil Procedure.

6. Alternatively, TICKET ACCESS is subject to the personal jurisdiction in the State of Florida pursuant to Florida Statute §48.081, 48.181 and/or 48.193 because it did one or more of the following acts within the State:

    a. Operated, conducted, engaged in or carried on a business venture in the State or had an office or agency in the State;

    b. Engaged in substantial activity within the State; and/or

    c. Breached a contract or obligations in the State that were required to be performed in the State of Florida.

## COUNT I

DU PONANT repeats and realleges the allegations in paragraph 1- 6 herein.

7. On or about November 4, 2009, a voyage charter of the M/V "LE LEVANT" was formalized between DU PONANT, as Shipowner, and TICKET ACCESS, as Charterer, pursuant to a certain Voyage Charter Agreement (the "Agreement"), a copy of which is attached hereto as Exhibit "A." In this Agreement, TICKET ACCESS agreed to charter from DU PONANT the vessel M/V "LE LEVANT" for a period of six (6) nights and seven (7) days, commencing on December 28, 2009 and ending on January 3, 2010.

8. Under the terms of the Agreement, TICKET ACCESS agreed to charter the vessel M/V "LE LEVANT" from DU PONANT for a period of one (1) week and to pay in advance the charter hire and gratuities in the total sum of Two Hundred Four Thousand Four Hundred Eighty and No/100 Dollars ($204,480.00 USD). Article 8.1 of the Agreement sets forth the advance payment schedule as follows: (a) $19,800.00 USD (10% of charter hire) to be paid by November 22, 2009; (b) $79,200.00 USD (40% of charter hire) to be paid by December 1, 2009; and (c) a final payment of $105,480.00 (50% of charter hire plus gratuities) to be paid by December 14, 2009.

9. TICKET ACCESS confirmed the charter. However, in December of 2009 TICKET ACCESS canceled the charter at which point pursuant to Article 9 of the Agreement 100% of the charter hire became due. DU PONANT subsequently made demands upon TICKET ACCESS, but to no avail. (See Invoice attached as Exhibit "B")

10. TICKET ACCESS has breached the Agreement by failing and refusing to pay 100% of the charter hire and value of gratuities in the amount $204,480.00 USD. The failure to pay the charter hire totaling $204,480.00 USD renders TICKET ACCESS liable for the entire sum that it obligated itself it to pay under the Agreement.

11. Due to TICKET ACCESS's breach of the Agreement, DU PONANT has been damaged in the amount of $204,480.00 USD.

12. DU PONANT has satisfied all conditions precedent to bring this action and has made its best efforts to mitigate its damages.

WHEREFORE, Plaintiff LA COMPAGNIE DES ILES DU PONANT moves this Court for entry of a Judgment in its favor in the amount of $204,480.00 against Defendant, TICKET ACCESS,

together with pre-judgment interest from November 4, 2009, costs and any other relief which is deemed just and proper.

Dated: July 8, 2010

Respectfully submitted,

s/ *Jan M. Kuylenstierna*
Jan M. Kuylenstierna
Fla. Bar No. 375985

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

[rmm] W:\80784\COMPLA27-Ticket Access LLC.DJF{7/8/10-14:38}